ACCEPTED
01-15-00350-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 10:20:32 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00350-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 10:20:32 AM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIRST DISTRICT OF TEXAS
## AT HOUSTON, TEXAS

**SHAN KOVALY,**
**Appellant,**

**v.**

**TULSIDAS KURVANKA, M.D., ET AL. AND**
**IKEDINOBI U. ENI, M.D., ET AL.,**
**Appellees.**

**On Appeal from the 113th District Court**
**Harris, County, Texas, Cause No. 2014-66001**
**(Hon. Michael Landrum)**

## UNOPPOSED MOTION OF APPELLEES IKEDINOBI U. ENI, M.D., IKEDINOBI U. ENI, M.D., P.A., AND ENI HEALTH CARE FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEES

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

Appellees Ikedinobi U. Eni, M.D., Ikedinobi U. Eni, M.D., P.A., and Eni Health Care (the "Eni Appellees"), pursuant to rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, respectfully submit this Unopposed Motion for Extension of Time to File Brief of Appellees, and represent as follows:

1.     This is an appeal from the Final Summary Judgment signed by the Hon. Michael Landrum on March 20, 2015.

2.     This Court filed the clerk's record on July 31, 2015.

3.     On September 17, 2015, this Court filed the Brief of Appellant.

4.     On September 18, 2015, this Court granted an extension of time for two of the Appellees, Tulsidas Kurvanka, M.D. and Northwest Houston Cardiology, P.A., to file their Brief of Appellees, through and including December 3, 2015.

5.     The Brief of the Eni Appellees is due on October 19, 2015, per rule 38.6(b) of the Texas Rules of Appellate Procedure.  The Eni Appellees hereby request a forty-five (45) day extension of time to file their Brief of Appellees, thereby extending their deadline to the same deadline as the other Appellees, **December 3, 2015**.

6.     This is the Eni Appellees' first request for an extension of time to file their Brief of Appellees.

7.     Counsel for Appellant, Iain G. Simpson, does not oppose the requested extension of forty-five (45) days.

8.     Appellees' lead counsel, Diana L. Faust, has the following scheduling conflicts during the initial briefing period and beyond, which preclude her from

giving her undivided attention to the research, record review, and drafting of the

Brief of the Eni Appellees by the current deadline:

a.  Preparation of proposed Judgment for submission to the Court on September 23, 2015 in *Lyda Swinerton Builders, Inc., Plaintiff v. Oklahoma Surety Company, Defendant*, in the United States District Court, Southern District of Texas, Houston Division, Civil Action No. 4:12-CV-1759.

b.  Assist with preparation of Brief of Appellant for filing on September 28, 2015, in *Capson Physicians Insurance Company, Appellant/Cross-Appellee v. MMIC Insurance, Inc., Appellee/Cross-Appellant v. MMIC Insurance, Inc., et al.*, in the Eighth Circuit Court of Appeals, St Louis, Missouri, Case Nos. 15-2459, and 15-2575.

c.  Assist with preparation of Brief of Appellant for filing on September 28, 2015 in *Columbia Plaza Medical Center of Fort Worth, Subsidiary, L.P. a/k/a Plaza Medical Center of Fort Worth, Appellant v. Jessica Jimenez, et al.*, in the Second District Court of Appeals, Fort Worth, Texas, No. 02-15-000275-CV.

d.  Assist with preparation of Reply Brief of Appellants for anticipated filing on October 5, 2015 in *Great American Lloyds Insurance Company, et al., Appellants v. Vines-Herrin Custom Homes, L.L.C., et al., Appellees*, in the Fifth District Court of Appeals, Dallas, Texas, No. 05-15-00230-CV.

e.  Preparation of Defendant's Motion for Judgment Notwithstanding the Verdict for filing on October 7, 2015 in *Claudia Davila and Adrian Davila, Plaintiffs v. Carlos Hernandez, M.D., Defendant*, in the 293rd District Court, Maverick County, Texas, Cause No. 14-03-29330-MCV.

f. Assist with preparation of Defendants' Proposed Charge of the Court for submission to the court on October 9, 2015 in *Margarita Ortegon, Plaintiff v. Roderick Legier and First Student, Inc., Defendants*, in the 127th District Court, Harris County, Texas, Cause No. 2012-47786.

g. Prepare for and present October 12, 2015 oral argument in *Haley Hebner and Darrin Scott, Individually and as Next Friends of R.M.S., a Minor, Petitioners, v. Nagakrishna Reedy, M.D. and New Braunfels Ob/Gyn, P.A., Respondents*, in the Supreme Court of Texas, No. 14-0593.

h. Assist with preparation of Motion for Rehearing and Motion for Rehearing En Banc for anticipated filing on October 19, 2015 in *Javier Alonso, Individually, Appellant v. Mary Martinez, Appellee*, in the Thirteenth District Court of Appeals, Corpus Christi, Texas, No. 13-14-00346-CV.

i. Assist with preparation of Motion for Rehearing and Motion for Rehearing En Banc for anticipated filing on October 19, 2015 in *Ricardo Martinez, M.D. and Albert Pena, M.D., Appellants v. Maria Gonzales, et al., Appellees*, in the Thirteenth District Court of Appeals, Corpus Christi, Texas, No. 13-14-00241-CV.

j. Preparation of Defendant's post-judgment motions for anticipated filing on October 23, 2015 in *Lyda Swinerton Builders, Inc., Plaintiff v. Oklahoma Surety Company, Defendant*, in the United States District Court Southern District of Texas, Houston Division, Civil Action No. 4:12-cv-1759.

k. Assist with preparation of Brief of Appellees for anticipated filing on October 23, 2015 in *Tanyee Monique Johnson, Appellant v. Dr. Scott Harris, et al., Appellees*, in the Eighth District Court of Appeals, El Paso, Texas, No. 08-15-00149-CV.

l. Preparation of Appellant's Motion for Rehearing for anticipated filing on November 2, 2015 in *American Dream Team, Inc., Appellant v. Citizens State Bank, Appellee*, in the Sixth District Court of Appeals, Texarkana, Texas, No. 06-14-00117-CV.

m. Prepare for scheduled November 2, 2015 oral argument in *Centerpoint Builders GP, LLC and Centerpoint Builders, Ltd., Petitioners v. Trussway, Ltd., Respondent*, in the Supreme Court of Texas, No. 14-0650.

n. Assist with preparation of Response Brief on the Merits for anticipated filing on November 2, 2015 in *Brenda Ponce and Ricco Gonzalez, as Natural Parents, Next Friends and legal Guardians of E.G., a Minor, Petitioners v. Memorial Hermann Health System d/b/a Memorial Hermann Memorial City Hospital, Respondent*, in the Supreme Court of Texas, No. 15-0042.

o. Assist with preparation of Response to Petition for Review for anticipated filing on November 9, 2015 in *Marcela and Jose Bustamante, as Next Friends of Daniella Bustamante, Petitioners v. Enrique N. Ponte, Jr., M.D., et al., Respondents*, in the Supreme Court of Texas, No. 15-0509.

p. Assist with preparation of Petitioners' Brief on the Merits for anticipated filing on November 9, 2015 in *Juan Francisco Montalvo, M.D., F.A.C.O.G., et al., Petitioners v. Gabriela Lopez, Respondent*, in the Supreme Court of Texas, No. 15-0392.

9. Appellees' co-counsel, Michelle E. Robberson has the following scheduling conflicts during the initial briefing period and beyond, which preclude

her from giving her undivided attention to the research, record review, and drafting of the Brief of the Eni Appellees by the current deadline:

    a.    Preparation of Petitioner's Reply Brief on the Merits for filing on September 21, 2015 in *Giovanni Homes Corp., Petitioner v. Oncor Electric Delivery Co., L.L.C., Respondent*, in the Supreme Court of Texas, No. 14-0702.

    b.    Preparation of Reply Brief of Appellants for anticipated filing on October 5, 2015 in *Great American Lloyds Insurance Company, et al., Appellants v. Vines-Herrin Custom Homes, L.L.C., et al., Appellees*, in the Fifth District Court of Appeals, Dallas, Texas, No. 05-15-00230-CV.

    c.    Preparation of Defendant JetPay, LLC's Proposed Jury Instructions and Verdict Form for inclusion in the Joint Pretrial Order for filing on October 5, 2015 in *BCC Merchant Solutions, Inc., Plaintiff v. JetPay, LLC, Trent R. Voigt and Merrick Bank Corporation, Defendants*, in the United States District Court, Northern District of Texas, Dallas Division, Civil Action No. 3:12-CV-5185-B.

    d.    Preparation of Defendants' Proposed Charge of the Court for submission to the court on October 9, 2015 in *Margarita Ortegon, Plaintiff v. Roderick Legier and First Student, Inc., Defendants*, in the 127th District Court, Harris County, Texas, Cause No. 2012-47786.

    e.    Prepare for and attend October 12, 2015 hearing on in-camera inspection and Defendant's Motion for Partial Summary Judgment in *Ruthie Allen, Plaintiff v. Greyhound Lines, Inc., et al., Defendants*, in County Court at Law No. 3, Dallas County, Texas, Cause No. CC-13-05789-C.

f.      Preparation of post-judgment motions for anticipated filing on October 16, 2015 in *Michael & Diane Pezzulli, Plaintiffs v. Billy Joplin's Compressor Services, Inc., et al., Defendants*, in the 296th District Court, Collin County, Texas, Cause No. 296-02220-2013.

g.      Prepare for and attend October 22, 2015 hearing on Defendant's Second Amended Motion for Leave to Designate Responsible Third Party in *Joseph Bustamante, Plaintiff v. Aerohead Group, Inc., Defendant*, in the 45th District Court, Bexar County, Texas, Cause No. 2015-CI-05638.

h.      Preparation of proposed jury questions, instructions, and definitions due on October 23, 2015 in *Irma Aguilar, Plaintiff v. Braum's, Inc., Defendant*, in the 101st District Court, Dallas County, Texas, Cause No. DC-14-06458.

i.      Preparation of Response to Petition for Review for anticipated filing on November 9, 2015 in *Marcela and Jose Bustamante, as Next Friends of Daniella Bustamante, Petitioners v. Enrique N. Ponte, Jr., M.D., et al., Respondents*, in the Supreme Court of Texas, No. 15-0509.

j.      Prepare for and attend Pattern Jury Charge Committee meeting (Malpractice, Premises, Products volume) scheduled for November 13, 2015 in Austin, Texas.

k.      Preparation of Brief of Appellant for anticipated filing on December 2, 2015 in *Karla C. Liang, Appellant v. Shawanna Edwards, Appellee*, in the Fifth District Court of Appeals, No. 05-15-01038-CV.

10.     The Eni Appellees assert that their request for extension of time is reasonable under the circumstances of this case as detailed herein. The Eni Appellees seek this requested extension in the interests of justice and judicial

economy, not for purposes of delay or because of any intentional or deliberate failure by Appellees or their counsel to comply with the appellate rules.

**THEREFORE,** Appellees Ikedinobi U. Eni, M.D., Ikedinobi U. Eni, M.D., P.A., and Eni Health Care respectfully pray this Court grant this Motion and issue an Order granting an extension of time of forty-five (45) days from October 19, 2015, so that the Brief of the Eni Appellees will be due on or before **December 3, 2015,** and for such other and further relief as this Court deems just.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By:  /s/Diana L. Faust
    **DIANA L. FAUST**
    diana.faust@cooperscully.com
    Texas Bar No. 00793717
    **MICHELLE E. ROBBERSON**
    michelle.robberson@cooperscully.com
    Texas Bar No. 16982900

900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone:  (214) 712-9500
Facsimile:  (214) 712-9540

**SPROTT NEWSOM LUNCEFORD QUATTLEBAUM MESSENGER**

**JOEL RANDAL SPROTT**
sprott@sprottnewsom.com
Texas Bar No. 18971580
**KRISTEN N. BLANCHARD**
blanchard@sprottnewsom.com
Texas Bar No. 24079895
2211 Norfolk, Suite 1150
Houston, Texas 77098
Telephone:  (713) 523-8338
Facsimile:  (713) 523-9422

**ATTORNEYS FOR APPELLEES/ IKEDINOBI U. ENI, M.D., IKEDINOBI U. ENI, M.D., P.A., AND ENI HEALTH CARE**

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 9, 2015, Diana L. Faust, counsel for Appellees, emailed counsel for Appellant, Iain Simpson, regarding the motion to extend the deadline for filing the Brief of Appellees. On the same day, Mr. Simpson emailed Ms. Faust and advised he does not oppose the requested extension.

 /s/Diana L. Faust
**DIANA L. FAUST**

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of this Unopposed Motion for Extension of Time to File Brief of Appellees upon on all counsel of record, via efile, on this the 14th day of October, 2015, at the following address:

Mr. Iain Simpson                                           **VIA EFILE**
iain@simpsonpc.com
Simpson, P.C.
1333 Heights Boulevard, Suite 102
Houston, Texas 77008
**Lead Counsel for Appellant**

Mr. Steven R. Davis                                        **VIA EFILE**
sdavis@davis-davislaw.com
Mr. John A. Davis, Jr.
jdavis@davis-davislaw.com
Davis & Davis
440 Louisiana, Suite 1850
Houston, Texas 77002
**Co-Counsel for Appellant**

Mr. James Edwards                                          **VIA EFILE**
jbe@malpracticedefense.com
Mr. Donald Stephens
dss@malpracticedefense.com
Edwards & Stephens
12603 Southwest Freeway, Suite 200
Stafford, Texas 77477
**Counsel for Appellees**
**Tulsidas S. Kuruvanka, M.D., and**
**Northwest Houston Cardiology, P.A.**


                                   /s/Diana L. Faust
                                   **DIANA L. FAUST**